**14**
Brian S. Haddix (230332)
Haddix Law Firm
1224 I Street
Modesto, CA 95354-0912
(209) 338-1131
bhaddix@modestobankruptcylaw.com

Attorney for Michael Erich Hofmann

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| | |
|---|---|
| In re<br>**MICHAEL ERICH HOFMANN,**<br>Debtor(s), | Case No 23-90111<br>Chapter 11 – SUB V<br>DC No BSH-2<br>Hearing Date: N/A<br>Hearing Time: N/A<br>Department: E; Courtroom: N/A<br>Judge: Hon. Ronald Sargis |

**NOTICE OF REMOVAL**

1. Michael Erich Hofmann, is the defendant in the civil action brought on June 30, 2016, in the Superior Court of California – County of Stanislaus, Case No. 2200623. Pursuant to provisions of Section 1452of Title 28 of the United States Code, Michael Erich Hofmann removes this action to the United States District Court for the Eastern District of California which is the judicial district in which the action is pending.

2. The proceeding is arguably core because, although it originally was based in probate, it involved claims determination, the validity, extent, and/or priority of liens, and the sale of estate property. The grounds for removal of this action are that the claims concern the ownership interest in and disposition of estate property for which the Bankruptcy Court would have jurisdiction under 28

U.S.C. § 1334 as a case arising under or related to bankruptcy cases (28 U.S.C. § 1442(a)). Further, the grounds for removal are that the state court proceeding has been resolved by final judgment and now currently, the proceeding seeks to sell estate property or otherwise liquidate assets of the estate.

3. Sharon and Gary Hofmann, petitioners in the state court action and creditors in this matter, seek to enforce the final state court judgment by selling estate property while other creditors, one secured, one claiming to be secured, seek to be paid from the proceeds of the sale of estate property.

4. The claim of the creditor claiming to be secured, Debtor's former spouse, is based on an abstract of judgment for support that is incongruous with an earlier, separate, notarized agreement she entered into with Debtor regarding said claim.

5. If the matter is remanded back to state court, some creditors will be paid outside the framework of the Bankruptcy Code, thus allowing certain creditors, some with dubious claims, to obtain payment from estate assets to the detriment of other creditors. Removal of this action is, therefore, proper under Section 1442 of Title 28 of the United States Code because a claim in this civil action arises under the Bankruptcy Code.

6. State court cross-complainants, John P. Brichetto, Jacqueline J. Brichetto, individually, and as trustees to the John & Jacqueline Brichetto 2008 Revocable Trust, John P. Brichetto, John M. Brichetto, and Lee Ana L. Brichetto are secured creditors via an abstract of judgment and have filed a proof of claim.

7. This Notice of Removal is timely under Section 1452 of Title 28 of the United States Code because it has been at least 30 days since the trustee has been qualified and less than 180 days since the order of relief has been entered. This Notice of Removal is field within 180 days of the entry for the order of relief.

8. All state court papers served on the defendant at the time of removal, consisting of the pleadings, cross-complaint, answer, and moving papers, are attached.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

HADDIX LAW FIRM

1　May 14, 2023

　　　　　　　　　　　　　　　　　　　/s/ Brian S. Haddix
　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　Brian S. Haddix, Attorney for Michael Erich
　　　　　　　　　　　　　　　　　　Hofmann

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
14
```
Brian S. Haddix (230332)
Haddix Law Firm
1224 I Street
Modesto, CA 95354-0912
(209) 338-1131
bhaddix@modestobankruptcylaw.com

Attorney for Michael Erich Hofmann

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| | |
|---|---|
| In re<br><br>**Michael Erich Hofmann,**<br><br>    Debtor(s), | Case No 23-90111<br><br>Chapter 11 – SUB V<br><br>DC No BSH-2<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Department: E; Courtroom: N/A<br>Judge: Hon. Ronald Sargis |

**PROCESS AND PLEADINGS IN THE ACTION**

**EXHIBIT BINDER 1**

 1. 06/30/16 PETITION For ORDER Determining Interests by Gary & Sharon, and Citation -Probate

 2. 10/21/16 SUPPLEMENT to PETITION For Order by Sharon

 3. 10/25/16 ANSWER of Michael Hofmann

 4. 10/25/16 CROSS-COMPLAINT of Michael Hofmann; Notice of Hearing

 5. 10/26/16 PROOF OF SERVICE of Answer and Cross-Complaint 12/12/16 NOTICE OF DEMURRER of Sharon Hofmann to Michael Hofmann's Cross-complaint

| | | | |
|---|---|---|---|
| 1 | **EXHIBIT BINDER 2** | | |
| 2 | 6. | 12/12/16 | NOTICE OF DEMURRER of Sharon Hofmann to Michael Hofmann's Cross-complaint |
| 4 | 7. | 12/12/16 | Notice of HEARING on Sharon's DEMURRER to Michael Hofmann's Cross-complaint |
| 6 | 8. | 12/12/16 | MEMORANDUM of Points and Authorities in Support of Sharon's Demurrer to Michael Hofmann's Cross-Complaint |
| 8 | 9. | 12/12/16 | DECLARATION of Tyson E. Hubbard (Downey Brand) in Support of Sharon's Demurrer to Michael Hofmann's Cross-complaint |
| 10 | 10. | 12/12/16 | Brichetto DEMURRER to Michael Hofmann's Cross-Complaint |
| 11 | 11. | 12/12/16 | MEMORANDUM of Points and Authorities in Support of Brichetto Demurrer to Michael Hofmann's Cross-Complaint |
| 13 | 12. | 12/12/16 | REQUEST FOR JUDICIAL NOTICE in Support of Brichetto Demurrer to Michael Hofmann's Cross-complaint |
| 15 | 13. | 12/16/16 | NOTICE OF DEMURRER of Gary Hofmann to Michael Hofmann's Cross-Complaint |
| 17 | 14. | 12/16/16 | Gary's DEMURRER to Michael Hofmann's Cross-Complaint |
| 18 | 15. | 12/16/16 | MEMORANDUM of Points and Authorities in Support of Gary's Demurrer to Michael Hofmann's Cross-Complaint |
| 20 | **EXHIBIT BINDER 3** | | |
| 21 | 16. | 12/16/16 | DECLARATION of Carl E. Combs in Support of Gary's Demurrer to Michael Hoffman's Cross-Complaint |
| 23 | 17. | 12/16/16 | REQUEST FOR JUDICIAL NOTICE in Support of Gary's Demurrer to Michael Hofo1a1m's Cross-Complaint; POS |
| 25 | 18. | 12/21/16 | OBJECTION to Petition for Order by Brichetto |
| 26 | 19. | 12/22/16 | CROSS-COMPLAINT by Brichettos; Notice of Hearing |
| 27 | 20. | 01/11/17 | OPPOSITION of Michael to Demurrers to Cross-complaint; POS |
| 28 | 21. | 01/18/17 | REPLY of Sharon in support of Demurrer to Cross-Complaint |

| | | | |
|---|---|---|---|
| 22. | 01/18/17 | REPLY of Gary in support of Demurrer to Cross-Complaint; DECLARATION of Carl E. Combs in support of Gary's Reply in support of Demurrer to Cross-complaint |
| 23. | 01/18/17 | REPLY of Brichettos in support of Demurrer to Cross-Complaint |
| 24. | 01/22/17 | ORDER on Demurrers to Michael Hofmann's Cross-Complaint; Notice of Entry of Order (01/28/17) |
| 25. | 01/25/17 | ANSWER of Michael to Brichetto Cross-Complaint |

**EXHIBIT BINDER 4**

| | | | |
|---|---|---|---|
| 26. | 01/26/17 | ANSWER of Sharon to Brichetto Cross-Complaint |
| 27. | 02/28/17 | FIRST AMENDED CROSS-COMPLAINT by Michael |
| 28. | 03/30/17 | NOTICE OF HEARING on Brichetto Demurrer to Michael Hofmann's First Amended Cross-Complaint |
| 29. | 03/30/17 | DEMURRER of Brichettos to Michael Hofmann's First Amended Cross- Complaint |
| 30. | 03/30/17 | MEMORANDUM OF POINTS AND AUTHORITIES in Support of Brichetto Demurrer to Michael Hofmann's First Amended Cross- Complaint |
| 31. | 03/30/17 | DECLARATION of Brandy L. Barnes (Rodarakis & Sousa) in Support of Brichetto Demurrer to Michael Hofmann's First Amended Cross- Complaint |
| 32. | 03/30/17 | REQUEST FOR JUDICIAL NOTICE in Support of Brichetto Demurrer to Michael Hofmann's First Amended Cross-Complaint |
| 33. | 03/30/17 | PROOF OF SERVICE of Brichetto demurrer papers |
| 34. | 04/03/17 | NOTICE OF DEMURRER of Sharon to Michael's First Amended Cross- Complaint |
| 35. | 04/03/17 | DEMURRER of Sharon to Michael's First Amended Cross-Complaint of Michael Hofmann |
| 36. | 04/03/17 | MEMORANDUM OF POINTS AND AUTHORITIES in Support of Sharon's Demurrer to Michael's First Amended Cross-Complaint |
| 37. | 04/03/17 | DECLARATION of Tyson E. Hubbard (Downey Brand) in Support of |

3

Sharon's Demurrer to First Amended Cross-Complaint

38. 04/03/17 REQUEST FOR JUDICIAL NOTICE in Support of Sharon's Demurrer to Michael's First Amended Cross-Complaint

39. 04/03/17 PROOF OF SERVICE of Sharon's demurrer papers

40. 04/03/17 NOTICE OF JOINDER AND JOINDER of Gary in Sharon's Demurrer to Michael's First Amended Cross-Complaint

41. 04/20/17 OPPOSITION to Demurrers by Michael Hofmann to His First Amended Cross-Complaint

42. 05/08/17 AMENDED PETITION by Sharon & Gary

43. XX/06/17 RESPONSE AND OBJECTION by Sharon and Gary to Michael Hofmann's First Amended Cross-Complaint

44. 05/16/17 ORDER ON DEMURRERS to Michael Hofmann's First Amended Cross- Complaint

**EXHIBIT BINDER 5**

45. 05/18/17 NOTICE OF ENTRY OF ORDER on Demurrers to Michael Hofmann's First Amended Cross-Complaint

46. 05/25/17 Verified ANSWER of Brichettos to Michael Hofmann's First Amended Cross-Complaint

47. 05/31/17 Verified ANSWER of Gary Hofmann to Michael Hofmann's First Amended Cross-Complaint

48. 06/15/17 AMENDED RESPONSE AND OBJECTION of Gary Hofmann to Michael Hofmann's First Amended Cross-Complaint

49. 06/23/17—6/27/17 Motion by Michael to STRIKE AMENDED PETITION and supporting Papers

50. 08/10/17 OPPOSITION to Motion to STRIKE AMENDED PETITION by Gary and Sharon; Hubbard Decl.

**EXHIBIT BINDER 6**

51. 08/16/17 REPLY by Michael iso Motion to STRIKE AMENDED PETITION

| | | | |
|---|---|---|---|
| 1 | 52. | 10/10/17 | FIRST AMENDED PETITION by Sharon & Gary |
| 2 | 53. | 12/04/17 | ANSWER of Michael to Sharon and Gary's First Amended Petition |
| 3 | 54. | 12/04/17 | CROSS-COMPLAINT of Michael in response to Sharon and Gary's First Amended Petition; SUMMONS |
| 5 | 55. | 01/16/18 | Michael's Ex Parte Application to CONTINUE TRIAL |
| 6 | **EXHIBIT BINDER 7** | | |
| 7 | 56. | 01/16/18 | Brichetto Opposition to Michael's Ex Parte Application to CONTINUE TRIAL |
| 9 | 57. | 01/16/18 | Sharon's Opposition to Michael's Ex Parte Application to CONTINUE TRIAL |
| 11 | 58. | 02/02/18 | Notice of Entry of Order on Demurrers |
| 12 | 59. | 02/06/18 | Brichetto ANSWER to Michael's Cross-Complaint |
| 13 | 60. | 02/06/18 | Brichetto Objection to Michael's First Amended Petition |
| 14 | 61. | 02/06/18 | Gary and Sharon's Answer, Response, and Objection to Michael's Cross- Complaint |
| 16 | 62. | 02/07/18 | Michael's Ex Parte Application to CONTINUE TRIAL |
| 17 | 63. | 02/07/18 | Sharon's Opposition to Ex Parte Application to CONTINUE TRIAL |
| 18 | 64. | 02/08/18 | Brichetto Opposition to Ex Parte Application to CONTINUE TRIAL |
| 19 | 65. | 02/16/18 | Substitution of Attorney (Combs for Downey Brand) |
| 20 | 66. | 03/07/18 | Michael's Motion for RECONSIDERATION of Denial of Leave to File Amended Cross-Complaint, or, Alternatively, Renewed Motion for Leave to File Amended Cross-Complaint; supporting papers |
| 23 | 67. | 03/17/18 | Brichetto, Gary and Sharon's oppositions to Motion for RECONSIDERATION |
| 25 | 68. | 03/23/18 | Michael's Reply in Support of Motion for RECONSIDERATION |
| 26 | 69. | 04/17/18 | Notice of Entry of Order Denying Motion for RECONSIDERATION |
| 27 | **EXHIBIT BINDER 8** | | |
| 28 | 70. | 04/19/18 | Order of Disclosure re Judge Freeland's previous dealings with |

Frederick Smith and Robert Crabtree

71. Notice of Entry of Order of 2nd Amended Interlocutory Judgment

72. Notice of OSC to Michael RE Orders Requested by Gary & Sharon in the CMC Statements

73. Michael's Response to Sharon & Gary's Notice of OSC for orders in the CMC Statements

74. Notice of Entry of Order Granting OSC to Michael RE Orders Requested by Sharon & Gary in the CMC Statements

75. Notice of Entry of Order RE Residence (2022-12-01)

76. Notice of Entry of Amended Order Granting Ex Parte App for Court Approval for Sale of Residence

77. Sharon & Gary's Ex Parte Application for Order Authorizing Writ of Possession

**EXHIBIT BINDER 9**

78. 01/08/18  Brichetto DEMURRER to Michael's Cross-Complaint; supporting papers

  RJN ISO Brichetto DEMURRER to Michael's Cross-Complaint

  Gary and Sharon's Joinder in DEMURRER to Michael's Cross-Complaint; supporting papers

  Brichetto MOTION TO STRIKE Michael's Cross-Complaint; supporting papers

  Gary and Sharon's Joinder in MOTION TO STRIKE Michael's Cross-Complaint

79. 01/24/18  Michael's Opposition to DEMURRER to Michael's Cross-Complaint; Battista Decl.

  Michael's Opposition to MOTION TO STRIKE Michael's Cross-Complaint

  Brichetto REPLY iso DEMURRER

  Brichetto REPLY iso MOTION TO STRIKE

80.　XX/02/23　Gary & Sharon's Ex Parte App for Order Approving Offer by Third Party Hudson

7

Brian S. Haddix (230332)
Haddix Law Firm
1224 I Street
Modesto, CA 95354

Attorney for: Michael Erich Hofmann

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re:<br><br>Michael Erich Hofmann<br><br>Debtor(s) | | **Bankruptcy Case No.:** 23-90111<br>**Docket Control Number:** BSH-2<br>**Hearing Information** (if applicable):<br>　Hearing Date: N/A<br>　Hearing Time: N/A<br>　Location: Courtroom N/A, Dept E<br>　Judge: Hon. Ronald Sargis |
| v. | Plaintiff(s)<br><br><br>Defendant(s) | **Adversary Proceeding No.** (if applicable):<br>**Docket Control Number:**<br>**Hearing Information** (if applicable):<br>　Hearing Date:<br>　Hearing Time:<br>　Location:<br>　Judge: |

CERTIFICATE OF SERVICE OF DEBTOR'S CHAPTER 11 – Notice of Removal

1

I, the undersigned, certify and declare:

1. **Personal knowledge**. I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☒ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☐ my business/employer is Haddix Law Firm and my business address **or** mailing address if not a business is: 1224 I Street, Modesto, CA, 95354.

3. **About the Case/Proceeding**. (Check at least one type of case/proceeding and as many subheadings thereunder as applicable.)

| | |
|---|---|
| ☐ **Chapter 7 case** (indicate below if subject to limited noticing; check all that are applicable.) | ☐ **Chapter 12 or 13 case** (indicate below if subject to limited noticing; check all that are applicable.) |
|    ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. (Check all that are applicable.) |    ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7. |
|       ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5). |    ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3). |
|       ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____. |    ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____. |
| ☐ **Chapter 9 case** (indicate below if subject to limited noticing) | ☒ **Chapter 11 case** (indicate below if subject to limited noticing) |
|    ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |    ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4. |
| ☐ **Chapter 15 case** |    ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |
| | ☐ **Adversary Proceeding** |

4. **About the Documents Served**

On May 14, 2023, by the method(s) specified below, the following documents were served (list in space provided):

1. Notice of Removal
2. Process & Pleadings in the Actions – Binders 1-9

**or** ☐ those documents described in the list appended hereto and numbered *Attachment 4*.

5. **Who is Being Served**

   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

| | |
|---|---|
| ☐ Debtor(s) | ☐ All creditors and parties in interest (Notice of Hearing only) |
| ☐ Debtor's attorney(s) | ☐ Creditors that have filed claims (Notice of Hearing only) |
| ☒ Trustee | ☒ All creditors and parties in interest |
| ☒ U.S. Trustee | ☐ Fewer than all creditors (*check at least one below*) |
| ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter. |    ☐ Creditors that have filed claims |
| ☐ Plaintiff(s) |    ☐ Creditors holding allowed secured claims |
| ☐ Defendant(s) |    ☐ Creditors holding allowed priority unsecured claims |
| ☐ All committee members |    ☐ Creditors holding leases or executory contracts that have been assumed |
| ☐ Attorney for committee members |    ☐ 20 largest creditors |
| ☐ Equity security holders | ☐ Administrative claimants |
| ☐ Persons who have filed a Request for Notice | ☐ Other party(ies) in interest |

**6. How Service is Accomplished**

A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable)*

    1. ☐ **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1***.

    2. ☐ **Certified Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2***.

    3. ☐ **Publication**

Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3***.

B. ☒ **Rule 5 and Rules 7005, 9036 (when Rule 7004 service is not required) Service** *(Check at least one, if applicable.)*

    1. ☒ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1***.

    2. ☐ **U.S. Mail**

Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

        1. ☐ **Parties in Interest**

        ☐ **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swear that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

        ☐ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

        ☒ Request **for Special Notice List**. A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3***.

        2. ☐ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4***.

    3. ☐ **Other Methods of Service**

Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5***.

**7. Who Accomplished Service**

A. **Attorney/Trustee** *(Check as many as apply)*

| Rule 7004 Service | Rule 5 Service |
| --- | --- |
| ☐ § 6A(1): First Class Mail | ☒ § 6A(1): Elec. Service on Registered e-Filers |
| ☐ § 6A(2): Certified Mail | ☐ § 6A(2)(a): U.S. Mail |
| ☐ § 6A(3): Publication | ☒ § 6A(2)(b): Request for Special Notice |
| | ☐ § 6A(2)(c): Other Parties in Interest § 5 |
| | ☐ § 6A(3): Other Methods of Service |

B. **Third Party Service Provider** *(Check as many as apply)*

| Rule 7004 Service | Rule 5 Service |
| --- | --- |
| ☐ § 6A(1): First Class Mail | ☐ § 6A(1): Elec. Service on Registered e-Filers |
| ☐ § 6A(2): Certified Mail | ☐ § 6A(2)(a): U.S. Mail |
| ☐ § 6A(3): Publication | ☐ § 6A(2)(b): Request for Special Notice |
| | ☐ § 6A(2)(c): Other Parties in Interest § 5 |
| | ☐ § 6A(3): Other Methods of Service |

**Attorney/Trustee** *(includes regularly employed staff members):*

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on May 14, 2023 at Modesto, CA

| Brian S. Haddix | /s/ Brian S. Haddix |
| --- | --- |
| Printed Name | Signature |

**Third Party Service Provider** (if applicable):

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, at Modesto, CA

| | |
| --- | --- |
| Printed Name | Signature |

Name

Company Name

Address

City          State          Zip Code